Gbeke M. Awala Mose
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

```
FILED

MAY - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

MAY 5, 2005

Office Of The Clerk
United States District Court
DISTRICT OF DELAWARE
844 LockBox 18
King St.
Wilmington De 19801

Civ No: 05 - 281

CLASS ACTION: Rule 23

Re: Gbeke M. Awala, vs. Federal Public defenders etal.
                    plaintiff                    defendant

find enclosed herewith are Copies of a New
Civil Action, Independent from the Prior Civil Action
Procured under this District Court. As Indigent.
    Plaintiff Saught the Assistance of the Court
Clerk to Serve upon the defendants, pursuant
to Fed. R. of Civ. P. Rule 4 and Local Rule
4.1 - Service of Process.  Plaintiff Request a
Stamped Received of the Motion and respectfully
Request So.  Thank You.
            Total Pages. "19"

Respectfully Submitted

Dated: 5/5/05

"Plaintiff needs money to Search for his Mother Lost over Heavy drug use. In the United States. My Mothe is my favorite gur even if I do not See her yet." Everyone knows how it feels. etal.

8/8/05.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, etal,                     )
And the peolple of American                    )
States and federal Prisoners.                  )
        Plaintiff                             )
                           )     Civ No. _____
                           )
        VS.              )
FEDERAL PUBLIC DEFENDERS )
UNITED STATES COURTS )
AMERICAN BAR ASS. etc; )
        Defendants,     )

# CLASS ACTION

MOTION FOR: LAW SUIT - Gross Negligence

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and American Prisoner's,
Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the
United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and
the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations
herein raised in the interest of Justice and parties involve.  In support the plaintiffs states as
follows:

1. JURISDICTION OF THIS COURT

2. CONTAINING STATEMENT OF THE CASE

3. CONSTITUTION AND STATUTORY PROVISIONS

4. OPINIONS BELOW

5. ARGUMENTS.

6. REASONS FOR GRANTING CIVIL ACTION

7. CONCLUSION...

Other: As Required by Law, And the

Signatures: *Michael J. Gallagher*
Michael J. Gallagher, JR. Reformer -Litigator

                                  Gbeke Michael Awala

(1.)  State Bar Of American States, pursuant
to "Retainer Agreement TO FUND LEGAL SERVICES FOR
INDIGENT PERSONS, BY BUSINESS AND PROFESSION CODE Section 6148

(A).    <u>Ad damnum Clause</u>

According to the Fed. R. Civ. P. 8(a)(1), shall
Set forth any Minimum amount needed to
Invoke the Jurisdiction of the Court. Plaintiffs
Moves pursuant to Local Court Rule : Source
Model Local Rule 9.2, herein Rule 9.4. Pleading
Claim for Unliquidated Damages. Plaintiffs
Submits a Written Statement of the amount
of damages claimed $150,000,000.00 (One
hundred and Fifty Million U.S. Dollars), As the
Court Indicated that 'Which Statement Shall Not
be filed, except on Court Order. Plaintiffs differs
from the normal Pleading, and Materially added the
"Compensatory" and Punitive: or both Sought, Set forth
as a Minimum, because of the Imminent Physical
Injury Sustained by Plaintiff Based on the
Uncharged Conduct of the defendants. ——— ⟨signature⟩
          Defendant maintains Errors and Omissions Insurance
                    Coverages To render danges.
Dated: 5/5/05

(1a).

**AFFIDAVIT IN SUPPORT**

STATEMENT OF THE ISSUES  REMARKS    CONSTITUTIONAL.

TOPIC: U.S. Constitution · Amendment VII. In Suits at Common Law, where the Value in Controversy shall exceed Twenty dollars, the right of Trial by Jury shall be preserved.

<u>Federal and States Public defenders, denial funds.</u>

**NAME OF PARTICIPANTS:**

1. Gbeke M. Awala, deprived of Life, Liberty or property, without
2. due process for Public Funding and Just compensation as Indigent Inmate.
3. and to have the Assistance of Counsel for his defence and Funding.
4. in which the Client's or affluent defenders, guarantees such
5. assistance over the <u>Retainers agreement</u>." to share for use, as the
6. Principal yielded much Increase To Lawyers, who have set to
7. defend us because of our Cases, and they have dominion over us.
8. But Instead Concentrate on their own Pleasures, buying expensive
9. Mansions, and Cars and Rolex watches in California, NY and Delaware.

8. Michael J. Gallagher - born Voorhees, NJ. I have Repeatedly been denied Life, liberty, and property, Also. I have been denied the Right by law, And supported by the
9. Amendments of the US Constitution to be civilly given the access to legal materials, or legal advice to the abilities of legal aide, given to myself, by the
10. Courts, along with medical evaluations, testimony, and/or expertise, to be treated
11. equally as a defendant in the Justice system of the United States of America. Specifically by Supportive case law and/or Arguments provided herein, TMG

12. Dale B. Goldberg, I have <u>never</u> had Equality for any Legal matter with intent by

WE THE PEOPLE OF THE AMERICAN STATES AND UNANIMOUSLY IN SPIRIT OF LAW AND TRUTH SWORN AND DEPOSE OUR OPINION ABOUT THE ISSUES PRESENTED ABOVE AND OFFER FOR AMENDMENT OR RECUSE OR CHANGE IN COMPLIANCE WITH THE INTENT OF THE CONSTITUTION OF THE UNITED STATES AND THE INTEREST OF THE PEOPLE. WE ARE NOT EXERCISING OUR FIST AMENDMENT RIGHT AS A RESULT OF MONETARY PROMISE BUT BASED ON CONCERN IN GOOD FAITH.

Lawyers to take an oath by the very Bar that contains Sun's to help my Indegent State I'm appauld.

SIGNATURES: 1.___ 2.___ 3.___ 4.___ Sbelim Mghew 5.___
7.___ 8. Michael M. Gallagher Jn. 12.___

DATED: 5/5/05

"We urged the Court to adopt and construe with the Civil Justice Reform Act of 1990 to secure Just determination, and eliminate unjustified expense and delay over this matter."

(1 b).

(B).    <u>Statement Of Claim.</u>

<u>Defendant No.1.</u>    Federal Public Defender
                                        and
        and        No.2.    State Public Defenders
                                "<u>Nationwide American States.</u>"

To determine whether defendant has denied due process, It is the duty of American Bar Association, and the United States Courts To: Institute a Judicially Super-intended Adversary Proceeding on the question Of the " Amount deposited by Attorney in an Interest-bearing trust account. <u>Client</u> <u>Authorizes Attorney to withdraw the Principal from the Trust account to pay Costs as they are Incurred by Client. Any Interest earned will be paid, as required by Law, to the State Bar Of e.g., Delaware, to Fund Legal Services For Indigent Persons.</u>" See Retainer Agreement, Para 7 and 8: by Business and Professions Code Section <u>6148</u>. For Lack of a Prior or Retroactive Adversary Judicial determination, Of the foregoing "Promise in Agreement". The Misconduct was enough to Influence The Outcome of any Criminal Case, deprived defendant of Fair Trial before Jury. The Decision are Ordinarily within discretion of district Judges.

Dated: 5/5/05                    (1c)

                    CV No.

(A.) JURISDICTION: Plaintiff is attempting to Commence a Class action Pro Se 42 U.S.C. Section 1983 Civil rights action in this Cart. Plaintiff In addition moves under 28 U.S.C section 1331; an action Which Involves a federal Statutory or Constitutional Issues:

A Lawsuit has been Commended against the defendants pursuant to the foregoing Statutes, Plaintiff moves this Honorable Cart for an Order pursuant to Rule 3, 4 and 5, Simultaneously With Rule 23, Of the Federal Rules Of Civil Procedures. And In Support Plaintiff attached a Copy of Prisoner's Account Statement For ____ Months. to Justify the reasons Why the Court Cannot prohibit the Civil Action because the prisoner et al., Cannot Pay the initial partial filing fee pursuant to 28 U.S.C. Section 1915(b)(2), see Page ____:

According to doctrine Of qualified Imunity, Law enforcement Officers, Contractor agency, any department, agency, or establishment of the

(2.)

We See The debt of the defendants towards this Interest bearing Indigent funds for legal assistance amount to one Concealed $5.1 billion dollars over deages.

We wont forget Many Union Embezzelments, On/or around feb 18, 2005, A 45 yrs old woman Pleaded guilty in federal Court Delaware, to embezzling money from a Union, while she was Treasure. Julie Ann Messick, former Treasurer at Local 2001, The United Brotherhood of Capenters and Jondeus.

fed. alleged Scheme of Pension funds: See Melkes of "PHILADELPHIA, Campaign Finance Fund Reases etal and Corey kemp, Leaves federal Cart in Philadelphia, Feb 22. And much more.

( 2ᵃ )



United States. Which enters into a Prime Contract Pursuant to Title 42, Or Title 41 U.S.C Section 52, As used in Sections 51 to 58 of this title, may be Immune when acting within their Proffessional Capacity, Insofar their Conduct does not violate clearly established Statutory or Constitutional rights of which reasonable person would have known.

Immunity defense: Court must determine whether Plaintiff has alleged deprivation of actual Constitutional right and, if so, whether that right was clearly established at time of alleged violation. 42. U.S.C section 1983.

Gross Negligence by federal and state Public defenders is actionable as due process deprivation of Civil right. U.S.C.A. Const. Amend.14.

Amendment VI [1791]. In all Criminal Prosecutions, the accused shall enjoy the right to a an accurate of Information; to have Compulsory Process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

(3.)

(A). Reckless Disregard For the Truth.

See Franks V. Delaware, 438 U.S. 154, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978). In Franks, the Court held that where a defendant showed by the preponderance of the evidence that a false statement necessary to the finding of Probable Cause was made "knowingly and Intentionally", or with reckless disregard for the Truth, The Constitution requires that any evidence obtain be excluded from the Criminal Trial. A reason petitioner agreed upon to exclude his other Federal Defender when he disregard the Truth about other funding Sources available but Concealed.

(3ª)



Finally: The Court has Jurisdiction and Venue is proper because the defendants do business with the Courts Nation wide and Operate under the Sixth Amendment to the Constitution of the United States. Notwithstanding, Pursuant to Local Rule 83.5, defendants often certify Under the prescribed Oath and signing the roll, alleging eligible for admission to this Court, and if admitted, practice and in good standing as a member of the "defendant "American Bar Association", and pursuant to Local Rule 83.6 Submitt to the disciplinary Jurisdiction of this Court for any alleged Misconduct which Occurs in the preparation or Couse of Action.

Defendant's also asserts and Certify knowing generally and familiar with this Court's Local Rules. WE THE PLAINTIFFS SUBMITTS FOR REDRESS, SUBMITTS FOR REDRESS, A DEPRIVATION OF CIVIL RIGHT, PAIN, SUFFERING, PERFORMANCE DUE UNDER

(4.)

CONTRACT, INTEREST, see " Retainer Agreement--
Para 7, DEPOSIT. Client will pay to Attorney an Initial
deposit of xx[dollars],[amount], to be received by Attorney on
or before xx[date],--, and to be applied against Costs Incurred
by Client. The amount will be deposited by Attorney in
an interest-bearing trust account. Client authorized Attorney
to withdraw the Principal from the Trust account to
Pay Costs as they are Incurred by Client. "Any
Interest earned will be paid, as required by Law
to the State Bar to Fund Legal Services For
INDIGENT PERSONS." This statement is
required by Business and Professions Code 6148

## (B.) STATEMENT OF THE CASE:

(1). THE PRIME PURPOSE OF Attorneys, emphasized
by the Courts, was to deter Law
enforcement misconduct against accused. For
the Integrity of the fact-finding Process, to effect
on the administration of Justice; assure Fundem-
ental fairness, derives from the belief that Justice
Cannot be equal where, Simply as a result of his
Poverty, a defendant is denied the Opportunity
to participate meaningfully in a Judicial proceeding in

(5.)

Which his liberty is at stake.

(2). Meaningful access to Justice has been the Consistent theme of these Cases. [A] Criminal Trial is fundamentally unfair if the State proceeds against an individual defendant without making Certain that he has access to the raw materials Integral to the building of an effective defense.

(3). Thus, while the Court has not held that a State must purchase for the Indigent defendant all the assistance that his wealthier Counterpart might buy, See Ross v. Moffitt. It has often reaffirmed that Fundamental fairness entitles indigent defendants to 'an adequate opportunity to present their claims fairly within the adversary system.

(4). We the Plaintiffs, Of the United States, and Prisoners in Tranquility, We Implement this Principles, We have Focused on Identifying the Basic tools of an adequate defense or appeal; and We have required that Such tools be provided to those defendants who Cannot afford to pay for them.

(6.)

(5). We the defendants and Prisoners in Tranquility, provide for the Common defence and promote the general Welfare, and secure the Blessings of Liberty to ourselves and our posterity. Do Ordain and established unanimously; When A Plaintiffs such as MR. Gbeke Michael Awala, a defendant in this federal Court, is able to make an ex parte threshold showing to the Trial Court that his "Absence of his Citizenship Documents" Is likely to be a Significant factor in his defense, the need for the assistance of a Exparte is readily apparent. It is in Such cases that a defense may be devasted by the absense of a "Expert Testimony"; with Such assistance, the defendant might have a reasonable chance of Success. In Such a Circumstances, where the Potential accuracy of the Jury's determination is so dramatically enhanced, and where the Interests of the

(7).

Individual and the State, in an accurate proceeding are Substantial, the State's Interest in its fisc must Yield.

(6). This is not to Say, of Course, that the Indigent defendant has a Constitutional right to choose an Expert of his personal liking or to receive funds to hire his own. Our Concern is that the Indigent defendant have access to a Competent Expert. e.g psychiatrist or medical Examiner, For the purpose we have alleged, and as in the Case of Provision of Consel we leave to the State or federal the decision on how to Implement this right.

(7) Pro Se Prisoners Criminal Action: Cause and prejudice Standard: The Term Indigent Pro Se defendant's, the means of any money, when used With respect to direct or Indirect representation with a Sub Attorney or Stand-by Attorney or without a Standby Attorney, Been Independent, the money or Interest Provided by the "ATTORNEY'S FEES" DEPOSIT. to the State Bar to Fund legal Services for Indigent Persons, Without Proof beyond a reasonable

(8)

doubt. An Abstract analysis of the full Charge or The standard most Commonly applied in those cases Which requires a defense showing of a "reasonable probability" what the outcome would be or what the out Come would have been different except for the alleged Constitutionally Violations. The Statutory Provision Specified below should Control. Title 28 Section 2412 (d) (1) (B) ( The Equal Access to Justice Act.

## (C). CONSTITUTION AND STATUTORY PROVISIONS

(1) See: Smith v. Chicago, 913 F.2d 469, 472-73 (7th Cir. 1990). ( In Smith, the Court held that actual damages for improvident Police work Leading to arrest was inappropriate because probable Cause existed, so that no actual harm flowed from the recklessness, but allowed the Award of Nominal damages of $1.00 For the due process Violation. See also, Sutton v. Cleveland Board of Education, 958 F.2d 1339, 1352 (6th Cir. 1992) ("The denial of Procedural due process is actionable

(9)

For nominal damages. without Proof of Actual Injury.).

(2) See also, Supreme Court's decision in Carey v. Piphus, 435 U.S. 247, 266, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978); "Which stated that a Violation of Procedural due process was actionable without a need to prove actual injury, or actual damages."

See also, Baldwin v. New York, 399 U.S. 117, 90 S.Ct. 1914, 26 L.Ed.2d 446 (1970) (no Offense Can be deemed "Petty," thus dispensing with the fourteenth and Sixth Amendment rights to Jury Trials Where More than Six Months inCarceration is authorized).

(3) In Twining v. New Jersey, 211 U.S. 78, 29 S.Ct. 14, 53 L.Ed. 97 (1908); Palko v. Connecticut, 302 U.S. 319, 58 S.Ct. 149, 82 L.Ed. 288 (1937); and Adamson v. California, 332 U.S. 46, 67 S.Ct. 1672, 91 L.Ed. 1903 (1947). But in Twining; We recognized that "It is possible that Some of the personal rights Safeguarded by the first eight Amendments against "National Action" may also be Safeguarded against State, agency or Bar Association Action, because a denial of them would be a denial of due Process of Law.

(10.)

# (D). OPINION BELOW:

## (A). THE RIGHT TO APPOINTED COUNSEL IN CRIMINAL PROCEEDINGS.

Betts v. BRADY, 316 U.S. 455, 62 S.Ct. 1252, 86 L.Ed. 1595 (1942). *** We have Construed the [Sixth Amendment] to require appointment of Counsel in all [federal] cases where a defendant is unable to procure the Services of an attorney, and where the right has not been intentionally and competently waived.]. See also: Johnson v. Zerbst, 304 U.S. 458, 58 S.Ct. 1019, 82 L.Ed. 1461 (1938), [The] Sixth Amendment withholds from federal Courts, in all Criminal proceedings, the power and authority to deprive an accused of his life or liberty unless he has or waives the assistance of Counsel."

## (B). In an earlier Case, Johnson v. Avery, 393 U.S. 483, 89 S.Ct. 747, 21 L.Ed.2d 718 (1969) (Sometimes Called the "Jailhouse Lawyer" Case). The Court had held that "unless and until the State provides Some reasonable alternative to assists Inmates in the preparation of Petitions For relief." It may not prohibit Inmates from Furnishing Such assistance to fellow prisoners or Inmates.

(11).

# (E). ARGUMENT: WE THE PLAINTIFFS Consider

the Comment on. In the Coleman V. Thompson Case in 1991, a death row inmates with strong new Evidence of actual innocence — evidence so powerful and disturbing that Time Magazine featured it as a Cover Story — was denied an opportunity to even have his new evidence heard in federal Court, because "his Lawyer had unwittingly missed a filing deadline by three days. The Court ruled that the mistake of the otherwise Competent Lawyer, who was with the respected "Washington firm of Arnold & Porter, barred any habeas renew of the evidence. Mr Coleman was Executed, Such rulings devalue the protections of the Bill of Rights. No person should pay with his Life for the neglect or ignorance of his Lawyer. WE Intructvely hold that BAR Assoc. different allocation of Costs is appropriate in those Circumstances, as alleged in this Case at Bar where the State or federal wherabout of funds has no responsibility to ensure that the Petitioners was represented by a Competent Counsel. Pursuant to Fund For Indigent Persons. This allocation are not getting to Us.

# (F). COURT TO GRANT ACTION: Based on the

foregoing assestions of Negligence by the defendents and many Times perjured about Lack of Funds available To help Sustain Indigent defendant, especially on Pro Se, When there is allocation within the Provisions of the State Bar Association.
Respectfully Submitted.

CONCLUSION: We Invite the Court to view the Rulings pursuant to See. United States v. Mohabir, 624 F.2d 1140 (2d Cir. 1980), the Court Invoked Its federal Supervisory power to hold that a "Valid Waiver of the Sixth Amendment right to have Consel present during Post-Indictment Interrogation must be preceded by a federal Judicial Offers explanation of the Content and Significance of this right. We rely on this ruling and request this Court to Construe an Order that would Mandate the defendants "Federal Public Defender's and State Public defenders etal and American Bar Association to exclude discrimination and to Conduct and uphold the Intent and purpose of the "Set aside Funds For Legal Services For Indigent Persons: Maintain good Policy, ensure a Sufficient indicia of reliability when dealing with Indigent Inmates, help provides Legal materials To Jails end. Loose the Bands of Perjury, Wickedness, and Loose the burdens and Yoke of Prisoners, deal with Cases such as effective Assistance. To Reduce by professional Standard. TO REPAIR THE BREACH PURSUANT TO THE PROFFESSIONAL RESPONSIBILITIES; The Rules of Proffessional Conduct of the American Bar Association. Submitted under penalty of Perjury TO BE TRUE

Dated: 5/5/05.

(13.)

Respectfully Submitted

According to the Holy BiBle in the Book TITUS chap 3 vs 13 ( Bring Zenas the Lawter and Apollos on their Jorney diligently that Nothing be wanting unto them.). God who at Sundry Times Spoke to us through Lawyers, formally Called "Scribes" in the Jewish BiBle or Torah. We reCorgnised them Sometimes as helpers "Probono" but We do not see them anymore as they have promised us pursuant to the authority Vested in the United States District Court, Superior Courts, County Courts, Circuits Courts, Municipal Court and So on.

We Moved For Moved For A Full Dis Covery of this matter Pursuant to the Fed. Rule of Civil Procedures. Rule 26 et seq. Or For An FBI PROBE. Into this matter should the defendants Releal the

(14).

Matter not so Congreable because it is.

Whether It is a Matter of Conspiracy, for over many decades this Gross Negligence and boycott as been ongoing, no one understands, the defendants must stand to testify.

Title 18 U.S.C section 371, and

See: Conspiracy is on going Crime, and "once a Criminal Conspiracy is established, It is presumed to continue until Its termination is affirmatively shown. United States v. Portsmouth Paving Corp., 694 F.2d 312, 318 (4th Cir. 1982). According to Professors Lafave and Scott. Now How can the defendants say they care about US Prisoners and abandoned their oatheed responsibility -- divert funds towards personal Ventures.

Title 18 - Misprision -- Failure to report a felony is a felony in Itself.

Even Drug Enforcement Admin Confidental Sarces get Money to Induce drug Sales.

*No Money To Help Other Aliens To petition for Redress of any arbitrary findings - INS Law Service §35: 2365, Representation of Acused

## SUPREME COURT OF NEW JERSEY

STEPHEN W. TOWNSEND
CLERK

GAIL GRUNDITZ HANEY
DEPUTY CLERK



OFFICE OF THE CLERK
PO BOX 970
TRENTON, NEW JERSEY 08625-0970

April 22, 2005

Mr. Gbeke Michael Awala
Salem Correctional Facility
125 Cemetery Road
Woodfern, NJ  08098

Dear Mr. Awala:

    I have your "petition of rights" dated March 3, 2005.  What
you seek to obtain by your letter is not clear, but if you are
asking for copies of documents or cases, I am unable to provide
you with what you seek and because I cannot tell what you are
requesting, staff in this office is not able to tell you what the
charge for the materials would be.

                    Very truly yours,

                    Gail G Haney

(15)



# NEW JERSEY STATE BAR ASSOCIATION

New Jersey Law Center • One Constitution Square
New Brunswick, New Jersey 08901-1500
Phone: (732) 249-5000 • Fax: (732) 249-2815

April 6, 2005

Mr. Gbeke M. Awala
Salem Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

Dear Mr. Awala:

I am in receipt of your letter with regard to needing legal representation in a criminal matter. Please be advised that the New Jersey State Bar Association is a private membership organization. As such, we do not offer lawyer referral services.

I would suggest you contact the **Office of the Public Defender** for legal assistance. The address is as follows:

Office of the Public Defender
Hughes Justice Complex
25 Market Street
P.O. Box 850
Trenton, NJ 08625

Very truly yours,

Samuel Taylor
Legal Affairs Associate

(16)

## CERTIFICATION

I hereby certify that the petitioner herein has the sum of $ ___67.50___ on account to his

credit at the ___SCCF___ Institution where he is confined. I further certify that petitioner

likewise has the following securities to his credit according to the records of said ___No___

___Institutions: have for over six months___

___to date.___

_____

_____

AUTHORIZED PRISON OFFICIAL

Gbeke M. Awala

5 - 5 - 05

DATE

JEFFREY MILLS
Notary Public of New Jersey
My Commission Expires Nov. 07, 2007
3 - 31 - 05

19

(18)





CHECKED FOR CONTRABAND ONLY

Gbeke Michael Awala, Pro Se
Salem Correctional Facility
125 Cemetery Rd
Woodstown NJ 08098

Delaware State Bar Association
301 N Market St
Wilmington, DE 19801

Gbeke M AWALA Pro Se
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098



U.S.M.S.
X-RAY

OFFICE OF THE CL
UNITED STATES
COURT
DISTRICT OF DELAW
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE

