**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Gbeke Michael Awala et al       CA 05-281

(Enter above the full name of the plaintiff in this action)

V.

Federal Public Defenders et al
Judicial Conference of the United States Courts.
Director of the Administrative Office et al

(Enter above the full name of the defendant(s) in this action

RECEIVED
MAY 1 1 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [X]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____N/A_____

Defendants _____N/A_____

2.  Court (if federal court, name the district; if state court, name the county) N/A

3.  Docket number ___ N/A ___

4.  Name of judge to whom case was assigned ___ N/A ___

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___ N/A ___

6.  Approximate date of filing lawsuit ___ N/A ___

7.  Approximate date of disposition ___ N/A ___

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C.  If your answer is YES,

1.  What steps did you take? ___ Internal grievance Report To no avail and Lack Jurisdiction Over Subject matter ___

2.  What was the result? ___ Lack of offensive Jurisdiction Over Subject matter, Speak or Petition for Redress in the fed. Cart ___

D.  If your answer is NO, explain why not ___ N/A ___

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F.  If your answer is YES,

1.  What steps did you take? ___ N/A ___

2.  What was the result? ___ N/A ___

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Gbeke Michael Awala et al.
Address SCCF, 125 Cemetery Road, Woodstown, NJ 08098.

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Federal Public Defenders is employed as Public Lawyers. OR Assistant of Counsel at United States District Courts et al.

C. Additional Defendants Judicial Conference of the United States and Director of the Administrative Office. State Public Defenders example: Salem County, NJ. Government Printing Office, Washington, DC. American Bar Association. et al.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

In all Cases or Proceedings where Money is to be expensed, as authorized by the 'Judicial Conference of the United States and Set by the Director of the Administration Office, Pursuant to Counsel for indigent defendants under the 'federal Criminal

-3-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

Criminal Justice Act. The defendant "Federal Public defenders. Perjured upon the Submission of Itemized affidavit of fees and expenses, needed for reimbursement. The Attorney's Misconduct, was determined to be deficient towards the Intent and purpose of the, Court's Attorney fees under.
[See attached Affidavit].

Signed this __5__ day of __May__, 19 _2005_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__5/5/2005__           _____
Date                   ( Signature of Plaintiff)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, et al )
And the people of American Interest, )
Floyd Mills )
     PLAINTIFFS, ) CIVIL NO:_____
)
)
VS. )
Federal Public Defenders. et al. )
Government Printing Office. et al. )

PRETRIAL MOTION PURSUANT TO: DISCOVERY OF Facts and Legal.

NOW COMES, the plaintiffs, Gbeke Awala and Floyd Mills unanimously as Pro Se, and as citizens of the United States, under the above Federal Rule of Civil Procedures, moves the honorable Court, and the Most Noble District Court Judge, to hear and execute judgment in the above captioned matter in the interest of parties herein and in the interest of justice. In support plaintiffs states as follows:

## (A). FACTUAL SUMMARY.

Plaintiff et al. has Commenced a class Action Pro Se 28 U.S.C section 1983, and 28 U.S.C. section 1331, federal questions Jurisdiction, action which Involves a federal Statutory provisions pursuant to Money for Indigent defendants under the federal Criminal Justice Act and the Intent and Purpose of Congress enactments of Law pursuant to the aforementioned Act. Jurisdiction is Valid herein also under 28 U.S.C 994. et seq.

              Floyd Mills

1. The defendant Government Printing Office, has a Sub Contract under 41 USC A 52 et seq. To which all Courts, prints binds and publication and material of Congress are to be equally distributed To state and fed Jail for use. but, acted negligently, and failed to respond when plaintiff awala wrote for Info.
See: Corp. Right To Tril. Sixth Amend.

(1)

The Equal Access to Justice Act, 28 U.S.C. Section 2412 et Seq. In that the defendants Provides Inadequate Funding Assistance, Towards the end of Criminal Justice and the actual beneficiary of the Provisions "<u>defendants/Inmates</u>." Thus not Colorably and panoply agreeing with the Intent and purpose of the Sixth Amendment [1791]. U.S. Constitution. effective Assistance of Counsel and to have Compulsory process for obtaining witnesses in his favor.

The Action was brought to preserved the Right of a Pro Se, litigants, herein Plaintiff. Mr. Gbeke. Michael Awala, whom has been Prejudicially denied the Intent and purpose of the Federal Funding Scheme So he may "have Compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence. Notwithstdg. the decision made solely by him to represent himself, the Amendment XIV [1868], "No State shall make or enforce any Law which shall abridge the privileges or Immunities of Citizens of the United States.

We Invoke the Good Jurisdiction of this Court, As a way of discovery, to Support the Inter alia filed Motion - Civil Suit - Docket number not yet available. We Move pursuant to the Federal

(1).

Rule of Civ. P. Rule 26, General Provisions, Duty of Disclosure, in that the defendants provide the Plaintiff with the "Prima facie" copy of the Statutory provisions herein questioned and challenged under this Civil Action, So we may view and understand the Trier of facts, Data underlying the Congressional Intent under the Aforementioned Acts. See: Brady v. Maryland and Gigho v. United States, 405 U.S. 150 (1972), et seq.

(B). LEGAL SERVICES PROVIDED BY ATTORNEY

(1) According to the Defendant "American Bar Association et al, In view of Retainer Agreement See Option 2, para "2." 'The legal Services to be provided by Attorney to client are as follows: Marking Court appearances concerning client's release from Custody, Plea negotiations, and Setting a Trial date; preparation of Case For Trial; and work on Plea been made, express or Implied, regarding the results in this case. The Rules of Professional Conduct of the American Bar As.

(2) Legal Services Excluded, representation following mistrial, or granting of a Motion for a new Trial, appellate work, work on any petition for extraordinary writ.

(C) Rule Requiring Lawyers to Communicate with Clients. See: ABA Standard For Criminal Justice 4-3.8 states" Defense Counsel Should keep the client informed of the developments in the Case and the progress of preparing the defense and should promptly comply with reasonable requests For Information See Rule 1.4. ABA Model Rules of Professional Conduct. As defined by ethical rules against A Lawyer.

(2)

(D). <u>Self-Reprensation</u>: Prose. A decision that the Plaintiff decides it is feasible in his situation in view of other factors. Such as. See: Faretta v. California (U.S. Sup Ct. 1975).

(1) Some defendants believes that Lawyers are part of an overall oppressive system and try to make a Right though Self-Representation.

(2) Some defendants want to take responsibilities for their own destiny.

(3) Some defendants who are in Jail pending Trial can gain priviledges through self representation such as access to the Jails Law library.

(E). <u>Ineffective Assistence of Counsel</u>: See: defendants Right to remain Silent: Griffin v. California, 380 U.S. 609, 85 S. Ct. 1229, 14 L. Ed. 2d. 106 (1965). The right to Counsel See: Betts v. Brady 316 U.S. 455, 62 S. Ct. 1252, 86 L. Ed. 1595 (1942). There can be no equal justice where the kind of TRIAL a man gets depends on the money he has. See Griffin v Illinois, 351 U.S. 12, 76 S.Ct. 585, 100 L. Ed. 891 (1956).

The Indigent defendants Right to Expert Services See: In Ake v. Oklahoma, 470 U.S. 68, 105 S.Ct. 1087, 84 L.Ed.2d 53 (1985). The duty to provide Meaninful Access to Court see: Bonds v. Smith, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed. 2d 72 (1977). Jequires Prison authorities to assist Inmates in the preparation and requires "Expenditures" and filing Meaningful legal papers by [Furnishing] adequate law libraries or adequate assistence from persons Trained in the Law. "Jailhouse Lawyer" Case <u>See</u>: Johnson v. Avery, 393, U.S. 483, 89 S.Ct. 747, 21 L. Ed. 2d. 718 (1969). Jailhouse Lawyers furnishy assistance to fellow prisoners.
1. Ineffective Assistance and procedural default – 57 U.Chi.L.Rev. 679 (1990).

(2)<sup>c</sup>    5/7/05
CVNO:

## AFFIDAVIT IN SUPPORT

STATEMENT OF THE ISSUES   REMARKS   CONSTITUTIONAL.

TOPIC: The Federal Criminal Justice Act, statutory Provisions, For Indigent defendants, Notwithstanding, Pro Se defendants who needs funds For Expert purposes, was not as follow.

NAME OF PARTICIPANTS:

1. Gbeke M Awala, Discriminatory and exclusive, at the
2. Conclusion of any Investigation or prosecution upon Attorney's
3. Admission fee funds, Calculated at $75 per hour or more, allowable
4. to Counsel For Indigent defendants under the Act. IT is
5. clearly deficient and repugnant to the Intent and purpose of
6. the Federal and/or State Inmates Litigation Pro Se, The
7. Equal Access to Judicial or Justice Act, 28 U.S.C.
8. Section 2412 (d)(1)(B). et Seq. In that, the defendants
9. Provides Inadequate funding, Towards the end of Criminal Justice and the actual beneficiary of the Provisions. Inmates,
10. Thus not Colorably and panoply agreed upon under Sixth Amendment.
11. The Gross negligence thus presented Increased the penalty of the Plaintiffs and affect the Outcome of Criminal Proceeding against them and abridged
12. their Constitutional Right under the 5th Amend. As there are no Colorable actual relief under Ineffective assistance of Counsel.

WE THE PEOPLE OF THE AMERICAN STATES AND UNANIMOUSLY IN SPIRIT OF LAW AND TRUTH SWORN AND DEPOSE OUR OPINION ABOUT THE ISSUES PRESENTED ABOVE AND OFFER FOR AMENDEMENT OR RECUSE OR CHANGE IN COMPLIANCE WITH THE INTENT OF THE CONSTITUTION OF THE UNITED STATES AND THE INTEREST OF THE PEOPLE. WE ARE NOT EXERCISING OUR FIST AMENDMENT RIGHT AS A RESULT OF MONETARY PROMISE BUT BASED ON CONCERN IN GOOD FAITH.

SIGNATURES: 1. _____ 2. Michael J. Gallagher JR - Boen, Voorhees, NJ 5-3-75 3. _____ 4. _____ 5. _____ 6. _____

Conspiracy is a Continual offense, an ongoing crime, and "once a Criminal Conspiracy is established, it is presumed to continue until its termination is affirmatively shown. United States v. Portsmouth Paving Corp., 694 F.2d 312, 318 (4th Cir. 1983), 18 U.S.C. § 371

See also: Franks v. Delaware, 438 U.S. 154, 98 S.Ct. 1674, 57 L.Ed.2d 667 (1978). ("Knowingly and Intentionally, or with reckless disregard for the Truth,)- failure to Report a felony is a felony in itself. See Title 18 U.S.C. Section 4 (Crime-misprison).

Finally: See: Supreme Court's decision in Carey v. Piphus 435 U.S. 247, 266, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978) "Which pointed out and stated that a Violation of procedural due process was achievable without a need to prove actual injury, or actual damages." See also: Sutton v. Cleveland Board of Education, 958 F.2d 1339, 1352 (6th Cir. 1992) (The denial of "Procedural due process is achievable for Nominal damages without proof of actual Injury. See: English v. General Electric Co., 496 U.S. 72 (1990) addressing situations in which there is no Conflict between the States imposition of greater Liability and federal Law.

Here, as in English, Hines - there is no Conflict between the federal Public defenders and Pro Se Litigants, because the federal Scheme, under the federal Scheme did simply permits defenses use of funds for Indigent defendants under the federal Criminal Justice Act and also The Equal Justice Access Act. In fact the lower Courts have uniformly found State Laws reaching uniform results with the feds. There is no Conflict of funding on the questions and allegations presented herein by the Plaintiffs. et al. Public Interest matters.

(6)

PRO SE OFFICE
# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

J. MICHAEL McMAHON
CLERK OF COURT

Date: 5/4/05

The enclosed papers are being returned to you for one or more of the following reasons checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to this office for processing **TOGETHER WITH THIS LETTER.**

[ ]  Papers cannot be filed without an original signature. A xerox copy of your signature or documents without a signature are not acceptable.

[ ]  These papers appear to be intended for another court or agency.

[ ]  Papers cannot be filed without proof that they have been served on your opponent(s) or their attorney(s). This office **will not** forward copies of your papers to your defendants or their counsel. Please note that a "cc" on the bottom of your papers is not sufficient proof of service. You may use your own form or the one enclosed. Please indicate the document(s) you served on your affirmation of service.

[ ]  Your complaint or petition is undergoing judicial review. Once a docket number and judge is assigned you will be notified by mail. No further papers can be accepted for filing until your case has received a docket number and a judge.

[ ]  You did not include an *In Forma Pauperis* Application or the filing fee of $_____ (which must be paid in cash, certified check or money order made payable to the Clerk of the Court, U.S.D.C.-S.D.N.Y.). **Personal checks are not accepted.**

[ ]  Each plaintiff must sign the complaint and each plaintiff must submit a separate *In Forma Pauperis* application, to have the filing fee waived.

[ ]  Your application to waive the fees does not contain enough information for the Court to consider your request. Please fill out the enclosed *In Forma Pauperis* application. If you are presently incarcerated, be especially careful to answer question number two (2) on the form. If you have never worked you must state this as your answer to this question.

[✓]  Other: This court does not publish the Local Rules, and therefore cannot provide you with a copy of them. The must be accessed through this Courts website which is WWW.NYSD.USCOURTS.GOV.

Sincerely,
PRO SE OFFICE
(212) 805-0175

(7)

We will take the appropriate steps to effect formal Service in a manner authorized by the federal Rules of Civil Procedures and to then we please authorized the Court to help Summon the defendants pursuant to Fed. R. Cv. P. Rule 3, 4 and 5.

Conclusions:

Damages had been foretold in the first motion. As the petitioner and Plaintiff awaits the Stamped Received in agreement hoping that the Issues would not be Contested by the Clerk but allow the Court to gain Immediate Access. As it is now we Suffering, pain, physical Imminent Injury, deprivation of Civil Rights and performance due under Contract on all Counts for the defendants. Until we here from the Court. May the Grace of our Lord Jesus Christ be with you All Amen.

Submitted under oath.                Respectfully Submitted,
5/7/05.

Gbeke M. Awala Pro Se
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

Hon. Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 31
844 N. King Street
Wilmington, DE. 19801

U.S.M.S. X-RAY