IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Delaware

FILED
JUN -1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, ae al, )
And the peolple of _____ )
_____ )
                                )
          Plaintiffs,            )
                                )
                                )
                                )   Civ. NO. 0597-KAJ [2]
VS.                              )   CA No. 05-281-KAJ [3]
                                )
DRBAPD et al [2]                 )   05-307-UNA [1]
Judicial Committee of U.S. [1]   )
Federal Public Defenders. [3]    )
          Defendants,            )

MOTION FOR CONTINUANCE 90 days.

NOW COMES, the Plaintiff s, Gbeke Michael Awala, and
_____, through Pro Se, respectfully moves this Honorable
Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule 12(c) [b] Judgment.
In support the Plaintiffs states as follows:

(1). MOTION FOR Amendment pursuant [1]
to F.R. Civ p Rule 15 et seq.

(2). See 28 U.S.C. section 1344, The

(3). DISTRICT Court Cannot possess the office

(4). OF the Congress. or recover the
possession as Such. The Court lack

(5). Jurisdiction to Impeach the Congress.

(6). The Plaintiff Moves pursuant to 28 U.S.C [b]
Section 1343 (1) To recover Damages from all defendant.

Aw
5/28/05



Gbeke M. Awala Pro Se
SCCF
125 Cemetery Road
Woodstown, NJ 08098

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570