IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF   DELAWARE

GBEKE MICHAEL AWALA, ae al,             )
And the peolple of   In Amicus Curea    )
FEDERAL BUREAU OF PRISONS et al         )
                                        )
           Plaintiffs,                  )
                                        )
                                        )
                                        )
                                        )   Civ.NO.  05-281
VS.                                     )
                                        )
GOVERNMENT PRINTING OFFICE,             )
WEST GROUP et al.                       )        FILED
                                        )
                                        )      JUL -5 2005
           Defendants,                  )

MOTION IN FORMA PAUPERIS/MOTION PLEADING AND SUPPLEMENTAL COURT
                                                DISTRICT OF DELAWARE

NOW COMES, the Plaintiff s, Gbeke Michael Awala, and
_____, through Pro Se, respectfully moves this Honorable
Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule 15 .
In support the Plaintiffs states as follows:

(1).   The plaintiff moves pursuant to Title 28 U.S.C section 1915(g) et seq.  Find enclosed copy of statement. for six months period.

(2).   STATEMENT OF CALIM

(3).   LAW BOOKS PRINTED BY THE DEFENDANT MISSING

(4).   Titles Of United States Code and United States Code Annotated. 2004 book Editions for all Titles--WEST GROUP

(5).   REPORTS-SUPREME Court Reporter            119 S.Ct.2068
       Federal Reporter, Third Series            165 F.3d 921
       Federal Supplement, second Series         21 F.Supp.2d 1383
       Opinion Attorney general                  43 Op.Atty.Gen.(part).
       Opinions Office of Legal Counsel of
(6).   the Department of Justice                 6 Comp.Gen 1111

1

| | |
|---|---|
| Decisions Comptroller General | 65 Op.O.L.C.847 |
| United States Merit Systems Protection Board Reporter | 80 M.S.P.R. 580 |
| Claims Court Reporter | 26 Cl.Ct. 1492 |
| Federal Claims Reporter | 42 Fed.Cl. 598 |
| Court of International Trade | 22 CIT (part) |
| United States Merit Systems protection | |
| United States tax Court | 111 T.C. 294 |
| Military Justice Reporter | 49 M.J. |
| | #5 C.AAF 495 |
| | #5 C.C.A 577 |
| Bankruptcy Reporter | 228 B.R. 807 |
| Veterans Appeals reporter | 12 Vet,App.60 |
| Veteran's Administration General Counsel | O.G.C.PREC. 12-1997 |
| Other Standards Reports | |

Titles 18,(Crimes and Criminal Procedures)Edition 2005.
Tiles 28(Judiciary and Judicial Procedures)
Titles 26(Internal Revenue Code). and much more too come by plaintiff.......

The case annotations are comprehensive, covering decisions of the Federal and state courts. Information and Opinion of the Courts for Inmates use. Other Missing Booksare U.S.C.A. RULES Supreme Court, Claims Court, Court of international Trade. Federal Rules of Criminal Procedures U.S.CA Rules 1-End.
UNITED STATES SUPREME COURT CUMULATIVE CASE TABLES 1963-64 TERM, and through 2003-04 TERM.-Lexis Nexis

WHEREFORE, the plaintiff prays the Court accept the attached application to perfect the Forma pauperis already granted.

Submitted under penalty of perjury to be true and correct.

Dated 6/28/05                                   Respectfully Submitted,

                                                _____
                                                Gbeke M. Awala

2-2

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 7 SOUTH |
| Report Date: | 06/11/2005 | Living Quarters: | G02-723U |
| Report Time: | 4:56:54 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7632 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OAD |
| Transferred To: | |
| Account Creation Date: | 6/1/2005 |
| Local Account Activation Date: | 6/3/2005 4:34:52 AM |
| Sort Codes: | |
| Last Account Update: | 6/3/2005 4:34:52 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

____6/17/05____                    ____[signature]____
Date                                Authorized Officer of Institution
                                    conselor

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

------------------------------------------------------------
*(Cut along dotted line)*

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____        _____
Date                        Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.



Gbeke M. Awala Pro Se
No. 82074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

Legal Mails!

Hon. Chief Judge Sue L. Robinson,
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, DE 19801