IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG -4 PM 3: 56

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-281-KAJ |
| | ) |
| FEDERAL PUBLIC DEFENDERS, JUDICIAL CONFERENCE OF THE UNITED STATES COURTS, DIRECTOR OF THE ADMINISTRATIVE OFFICE, STATE PUBLIC DEFENDERS (SALEM COUNTY NEW JERSEY), GOVERNMENT PRINTING OFFICE, and THE AMERICAN BAR ASSOCIATION, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

RECEIVED
AUG 15 2005
U.S. DISTRICT
DISTRICT OF DELAWARE

**MEMORANDUM ORDER**

**I. APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Gbeke Michael Awala ("Awala"), Fed Id. No. #82074-054, is a pro se litigant who is currently incarcerated at the Federal Detention Center Philadelphia ("FDC Philadelphia"), in Philadelphia, Pennsylvania. Awala filed this action pursuant to 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Reviewing complaints filed pursuant to 28 U.S.C. § 1915 is a two step process. First, the Court must determine whether Awala is eligible for pauper status. The Court granted Awala leave to proceed in forma pauperis on June 2, 2005, and ordered him to

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Notice: Opened as General Correspondence
For special mail requirements
See 28 CFR 540.19

Gbeke Awala
Reg# 52074-054

Refused

Federal Pen Center - Oklahoma City
Oklahoma City, OK. 73189



NIXIE   190   1   39   08/13/05
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19801357018   *1027-01576-05-43