IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-281-KAJ |
| | ) |
| FEDERAL PUBLIC DEFENDERS, | ) |
| JUDICIAL CONFERENCE OF THE | ) |
| UNITED STATES COURTS, | ) |
| DIRECTOR OF THE | ) |
| ADMINISTRATIVE OFFICE, STATE | ) |
| PUBLIC DEFENDERS (SALEM | ) |
| COUNTY NEW JERSEY), | ) |
| GOVERNMENT PRINTING OFFICE, | ) |
| and THE AMERICAN BAR | ) |
| ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Gbeke Michael Awala, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _4th August_ 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I

may be transferred.

Date: ___3/23/05_____, 2005.

_____
Gbeke Michael Awala

Gbeke M. Awala
Reg No. 82074-054
F.D.C Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

Legal Mail



U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware   19801