Gbeke M. Awala
No. 82074-054
F.D.C Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

August 23, 2005.

Hon. Kent A. Jordan.                Civ. No. 05-281-KAJ
Office of the Clerk.
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge.
  find enclosed are Original Signed Copy of the authorization to deduct the filing fee for the above Complaint.

  I must acknowledge the Brilliant and Intelligent Mind that prepared the Memorandum Order, I guess it was the Court Clerk, Such an one, should be Ordained a Judge or promoted promptly. Without regard to the Substance to the Probable Cause determination; (2) the pretrial deprivation of Liberty at issue in the Case at

(1)

hand must be addressed by the Court in light of the Fifth Amendment clause.

In Albright v. Oliver, 127 L Ed 2d 114 and Id (975 F.2d 343)

The United States Court of Appeals for the Seventh Circuit expressed the view that prosecution without probable cause was a Constitutional tort actionable under Section 1983 only if accompanied by Incarceration, Loss of employment, or some other palpable consequences.

If this Court were to grant Awala the relief he requests, "Such a ruling would necessarily not Implicate the any future Conviction, However there shall not be found to be Judged under the federal Constitution's fourth Amendment — as the explicit textual Sources of Constitutional protection against pretrial deprivations of Liberty and the Malicious Initiation of a baseless Criminal Prosecution against Mr. Awala. Mr. Awala arguably has potential Prejudice that outweighs any basis for Conviction.

(2)

Due process requirement under the Fourteenth Amendment required that a Criminal prosecution be predicated, at a Minimum, on a finding of probable cause, thus, It is clear that Awala shall not be Convicted, his claim under Civ No. 05-281-KAJ, may lack arguable basis in law or in facts, but his Claims under Fourteenth Amendment to U.S. Citizenship shall have and does have a place or basis in Law and facts.

Consequently, the Court err in dismissing the Claim.

Respectfully Submitted

Dated:

Gbehe M. Awala

Gbeke M. Awala
Reg No. 82074-054
F.D.C. Philadelphia
P.O. Box 562
Philadelphia, PA 19105

U.S.M.S. X-RAY

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801