IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA et al,<br><br>    Appellant,<br><br>v.<br><br>FEDERAL PUBLIC DEFENDERS,<br>PRIVATE ATTORNEYS,<br>JUDICIAL CONFERENCE OF THE<br>UNITED STATES COURTS,<br>DIRECTOR OF THE<br>ADMINISTRATIVE OFFICE, STATE<br>PUBLIC AND PRIVATE DEFENDERS<br>NEW JERSEY et al,<br>GOVERNMENT PRINTING OFFICE,<br>and THE AMERICAN BAR ASSO-<br>CIATION,<br><br>    Appellee. | Civ. No. 05-281-KAJ<br><br>Appeal No._____<br><br><br><br>Class Action |

NOTICE OF APPEAL FROM A ORDER OF DISTRICT COURT AS OF RIGHT

PURSUANT TO RULE 3(c)(3) In a class action, whether or not the class has been certified, the notice of appeal is sufficient.

    COMES NOW, the appellant, Mr. Gbeke Michael Awala, et al, ProSe, moves the Honorable Court, respectfully pursuant to Federal Rules of Appellate Procedure Rule 3(c)(3), the notice of appeal is sufficient if it names one person qualified to bring the appeal as representative of the class. And in conjunction with Rule 4(a)(1)(B), appealing the order of the Court Dated 4/08/05, a little over 30 days, as the memorandum order was received by the appellant on August 18, 2005.

1.

And such a delay was not due to the mistake of the appellant but under the control of the Court, and transfers between institution and the appellant may from Rule 4(a)(1)(B), benefit from the 60 days filing period holding the assumption that one of the appellee in this captioned matter is an agency or party to the United States.

The appellant submitts an application to proceed in _forma pauperis_. Find enclosed are copies of past six months inmate Statement.

Submitted under penalty of perjury to be true and correct.

In _Richey v.Wilkins_, 335 F.2d 1 (2d Cir.1964)(Notice filed in the court of appeals by a prisoner without assistance of counsel held sufficient).

Dated: 9/14/05

Respectfully submitted,

*[signature]*

Gbeke Michael Awala Pro Se et al
No. 82074-054
FEDERAL DETENTION CENTER
P.O. BOX 562
Philadelphia, PA 19105

1-2

GBEKE MICHAEL AWALA PRO SE No. 82074-054
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILADELPHIA, PA 19105

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 572
PHILA, PA 19105
DATE 9/13/06

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DE 19801

legal mail: