Date: 08/23/2005
Time: 2:17:51 pm

Facility: PHL

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Start Date: 10/01/2004
End Date: 09/30/2005
Inmate Reg#: 82074054
Account Status: All
Institution: All

### General Information

Inmate Reg#:         82074054                         Living Quarters:        G02-727U
Inmate Name:         AWALA, GBEKE                     Arrived From:           OKL
Current Site Name:   Philadelphia FDC                 Transferred To:
Housing Unit:        7 SOUTH                          Account Creation Date:  6/1/2005

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | 06/03/2005 04:34:52 AM | TX060305 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| PHL | 07/06/2005 04:46:29 AM | TX070605 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| PHL | 08/16/2005 06:27:25 AM | TX081605 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| **Total Transactions:** | **3** | | | | **Totals:** | **$0.00** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | | | | | | | | |

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 7 SOUTH |
| Report Date: | 06/11/2005 | Living Quarters: | G02-723U |
| Report Time: | 4:56:54 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7632 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OAD |
| Transferred To: | |
| Account Creation Date: | 6/1/2005 |
| Local Account Activation Date: | 6/3/2005 4:34:52 AM |
| Sort Codes: | |
| Last Account Update: | 6/3/2005 4:34:52 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |