IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke Michael Awala, et al
Dedication Of Law library
In Memory Of
The Hon. Chief Justice
William Rehnquist
Appellant — Plaintiffs
vs.
Federal Public Defenders et al
Appellee — Defendants

Civil No. 05-281 KAJ
Appeal No. 05-4341

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR LEAVE TO JOIN ADDITIONAL PARTIES.

Comes Now, the Plaintiff/Appellant in the above captioned matter, respectfully moves the Honorable Court pursuant to the Fed. R. Civ. P. 14 for leave to join additional party after the expiration of the time limits specified, if it is made to appear, to the satisfaction of the Court, in that the basis for joinder, could not, with reasonable diligence, have been ascertained within said time the Initial Complaint was filed and the Court's Order Dated 8/4/05.

(1)

10/3/05.

Upon good Cause the Court may grant the Petition by the Court in the Interest of Justice.

In Support thereof, Plaintiff states as follows:

(a). The Plaintiff shall file a Copy of the attachment with the office of the Clerk, United States Court of Appeals For the third Circuit. and;

(b) The qualities that Jehovah (God) Laid on the Court System through the Law Prophet Characterized as the Honorable Chief Justice William Rehnquist, his personal and professional in life, And so, the Plaintiff et al', are here today to dedicate the fruits of this Suit, If It prevails, to Open

a. (William Rehnquist, Federal Law Library).

(c). We know, libraries were natural for Chief Justice William Rehnquist, Because

(2).

of his love for Books, and the written of Common Laws, its most appropriate that the library here bear the name of Chief Justice William Rehnquist.

(d) Justice Renhquist took a great deal of Pride in the establishment of the Supreme Court System, for 33 years and the 19 as chief. He earned a place amongst our greatest Chief Justices.

(e) He and his former Clerk, the Nominated Federal Judge John Roberts to Succeed him as the Hon. Chief Justice of the Supreme Court Justices, Interestingly, And As I Awala, have a Copy of his Comments, He never threw Copies away. It says this: He liked to read and re-read his favorites and to collect old volumes. But more Important, he was an author himself who was gifted in being able to Communicate effectively by the written word.

(3)

(F). He wrote opinions with clarity and conveyed to the reader precisely the message that was intended. Justices, Stephen Breyer, Ruth Bader Ginsburg, Clarence Thomas, David Souter, Anthony Kennedy, Antonin Scalia, Sandra Day O'Connor and John Paul Stevens, and Chief Justice, William Rehnquist clerks of the Supreme Court, are all to be commended for cultivating the seed of the Highest Court of our Nation to fruition. SUPREME COURT, U.S.

Finally, The Plaintiff must say that the character and spirit of William Rehnquist, would likely have viewed the Ceremony and the herein Pleading to join him as a part and beneficiary of the Suit with a passing Interest. Modestly, he would not have displayed outward Jubilation over the Public use of his name, but Privately and proudly there would have been satisfaction within

(4).

and that familiar "gold stripes" of 4 newly sewn on the sleeves of his robes, we thought it must be added up to seven golden stripes to be used to Paint the floors and thereby recognized many outstanding qualifications, and on his face reflect that limelight on a real sense, the forefront as he deserve the federal Giant Law Library to look. With A Smile.

And At the day of the Ceremony, we shall, we shall, we shall, accept his portrait on behalf of the People, and for doing so, ask his Immidiate family if they have anything to say or any reason why the Library should not be pronounced in memory of their Late father, as they portrayed him as a devoted father. Says, James Rehnquist et al. The Honorable Court may grant the Amended relief sought by the motion.
Submitted under penalty of perjury.

Dated: 10/3/05.

(5)

Respectfully Submitted,

Choko M. Ayala



Office of the Clerk
UNITED STATES DISTRICT COURT
844 N.King Street, Lockbox 18
Wilmington, Delaware 19801

Gbeke Michael Avala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

legal Mail: