# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT.

GBEKE MICHAEL AWALA,
CHIEF JUSTICE: William Rehnquist[1], et al
Plaintiff.

VS.

FEDERAL PUBLIC DEFENDER,
AMERICAN BAR ASSOCIATION,
DIRECTOR OF THE ADMINISTRATIVE OFFICE,
GOVERNMENT PRINTING OFFICE,
JUDICIAL CONFERENCE.
STATE & PRIVATE ATTORNEY'S (NATIONWIDE).
Defendants.

U.S.D.C. NO. 0528-H
Appeal No. 05-4341

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO REMAND & AMEND OF JUDGMENT.

COMES NOW, the Plaintiff, Gbeke M. Awala, Respectfully moves the Honorable Court, for an Order, to remand the Captioned-matter to District Court with Instruction to Rule on Motion upon Amendment. If approved by the Court, grant Compensatory, punitive, or both and may review whether the case is or is not subject to arbitration under local Rule 53.2, as the Plaintiff has shown reasonable Cause Inter alia, that reasonable Jurists pursuant

---

1. Part or Fundamental portion of any fruit or Compensation derived from this Law suit shall be used to Construct with the Trier clerk over William Rehnquist federal Law Library.

to 7th Amend. Const. would find district Court's assessment of the Plaintiffs Constitutional claims under the equal protection of Law and Just Compensation clause of the Amend. 5. Const. U.S; and so, arbitrary and invidious "Taking" demonstrating Prejudice against the Plaintiffs and other applicable Class members of the suit pursuant to Rule 23, Fed. R. Civ. P. et seq. Consequently, Supporting the proof that the claims is debatable and the Action of the Defendants his greater in Probative value to be wrong, than mere Negligence. And AWARD $150,000,000.00.

## (A). FACTUAL SUMMARY.

<u>Question Presented:</u> "Why are the Defendant's not Providing the money from Client's, the Interest bearing trust account, deposited by attorney's, the Interest accumulated by this Accounts, as well as other money from donors, For the Purpose of Indigent Person uses, whether facing Criminal charges or attending Law school or used For Providing legal Research.

(2).

*signature* 10/3/05

The defendants Promised to provide at a reasonable Compensation Supported with reasonable Cost as Practicing lawyers merge with other defendants in this Case, as guaranteed under the Criminal Justice System and recommended under Title 18 U.S.C. section 3006A. et seq.

For over 2 Decades the defendant have failed to apply the allege funds as Instructed by clients who were Compassionate with a history of providing uncompromising Support to the assistance of persons in Criminal Cases. But the Defendant hand the money over for their personal use.

So Plaintiff agrees that they the defendants would neither accept more money from the people nor Compensate through the IOTA Scheme, Narrowing down TO PERJURY.

Finally: The Money from the (Interest on Trust Account, deposited by Attorneys) from their guilty Conscience was not brought into use by the appropriate Persons as the Intended and Purposeful beneficiaries. Submitted under penalty of Perjury.

Dated: 10/3/05.

(3)

Respectfully submitted;

10/3/05.



FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 572
PHILADELPHIA, PA 19105

Office of the Clerk
UNITED STATES DISTRICT COURT
844 N.King Street, Lockbox 18
Wilmington, Delaware 19801

Gbeke Michael Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

legal Mail: