**CPS-182**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-4341

---

GBEKE MICHAEL AWALA,

Appellant
v.

FEDERAL PUBLIC DEFENDER; AMERICAN BAR ASSOCIATION;
DIRECTOR OF THE ADMINISTRATIVE OFFICE; GOVERNMENT
PRINTING OFFICE, Washington, DC; JUDICIAL CONFERENCE;
STATE PUBLIC DEFENDERS, Salem County, New Jersey

---

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-cv-00281)
District Judge: Honorable Kent A. Jordan

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
March 30, 2006

Before: BARRY, SMITH AND NYGARRD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

---

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: April 21, 2006

Certified as a true copy and issued in lieu of a formal mandate on 5/15/06

Teste: *[signature]*
Clerk, U.S. Court of Appeals for the Third Circuit